**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 62 EAL 2015
                                                    :
                            Respondent         :
                                                    : Petition for Allowance of Appeal from the
                                                    : Order of the Superior Court
                    v.                            :
                                                    :
                                                    :
                                                    :
AARON CARTER,                            :
                                                    :
                            Petitioner          :

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of May, 2015, the Petition for Allowance of Appeal is **DENIED**.